**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| ROBERT KIRKSEY, JR., | : | No. 17 WAL 2020 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| CHILDREN'S HOSPITAL OF PITTSBURGH | : | |
| OF UPMC, UNIVERSITY OF PITTSBURGH | : | |
| PHYSICIANS, AND SATYANARAYANA | : | |
| GEDELA, M.D., | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of June, 2020, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, as stated by petitioner, is:

(1)    In an issue of first impression and of substantial public importance, whether the Superior Court's holding directly conflicts with this Honorable Court's holding in *Mitchell v. Shikora*, 209 A.3d 307 (Pa. June 18, 2019), which instructs that when evidence of general risks and complications is admitted in a medical negligence claim to establish the applicable standard of care a limiting instruction is warranted as was requested here but was denied by the trial court and glossed over by the Superior Court?